## LEONARD v. STATE.
### No. 21226.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was jointly indicted with other parties in Martin County for the offense of burglary. Upon a separate trial he was given two years in the state penitentiary.

The proceedings appear to be regular. The record is before us without a statement of facts or bills of exception and nothing is presented for our consideration.

The judgment of the trial court is affirmed.